**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**

| | |
|---|---|
| DANIELLE WEBBER, o*n behalf of herself and all others similarly situated,*<br><br>Plaintiff,<br><br>v.<br><br>CPS SOLUTIONS, LLC,<br><br>Defendant. | Case No.: 2:25-cv-00431 |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Plaintiff Danielle Webber, pursuant to F.R.C.P. Rule 41(a)(1)(A)(i), hereby voluntarily dismisses this action against Defendant CPS Solutions, LLC without prejudice.

Dated: January 19, 2026.

By: */s/ Andrew J. Shamis*
Andrew J. Shamis
**SHAMIS & GENTILE P.A.**
14 N.E. 1st Ave, Ste. 705
Miami, FL 33132
305-479-2299
ashamis@shamisgentile.com

Jeff Ostrow (*Pro Hac Vice forthcoming*)
**KOPELOWITZ OSTROW P.A.**
One West Las Olas Blvd., Suite 500
Fort Lauderdale, FL 33301
Telephone: 954-525-4100
ostrow@kolawyers.com

*Counsel for Plaintiff and the Putative Class*

1

## <u>CERTIFICATE OF SERVICE</u>

I certify that on January 19, 2026, I electronically filed the foregoing document with the

Clerk of the Court using the CM/ECF system, and it was served thereby on all counsel of record.

*/s/ Andrew J. Shamis*
Andrew J. Shamis

2

4911-6827-6251, v. 1